**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **WENDY KEW and YVONNE KEW** | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| VS. | § | **C.A. No. 4:15-cv-2835** |
| | § | |
| | § | |
| **NATIONSTAR MORTGAGE LLC[1]** | § | |
| | § | |
| *Defendants*. | § | |
| | § | |
| | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Wendy Kew and Yvonne Kew (collectively, "Plaintiffs") and Defendant Nationstar Mortgage LLC ("Defendant") (collectively with Plaintiffs, the "Parties") file this Joint Stipulation of Dismissal with Prejudice.

The Parties hereby stipulate that all claims that Plaintiffs have asserted in this lawsuit or could have asserted against Defendant in this lawsuit shall be dismissed with prejudice. The Parties further stipulate that, to the extent not otherwise agreed, the Parties shall bear their own costs and attorneys' fees.

WHEREFORE, the Parties respectfully request dismissal of all of Plaintiffs' claims against Defendant in this lawsuit with prejudice. An Agreed Order of Dismissal With Prejudice granting this relief is submitted herewith.

---

[1] Nationstar Mortgage LLC was incorrectly named in Plaintiffs' Petition as Nationstar Mortgage Holdings, Inc.

HOU:0103793/00374:1830891v1

Respectfully submitted,

/s/ *Wendy Kew  by perm. HHT*
/s/ *Yvonne Kew by perm. HHT*

WENDY KEW
YVONNE KEW
2703 South Glen Haven Boulevard,
Houston, Texas 77025
(713) 816-3816 – *telephone*

**PLAINTIFFS PRO SE**

/s/ *Derrick B. Carson by perm. HHT*

DERRICK B. CARSON
State Bar No. 24001847
Southern District Number: 21785
600 Travis Street, Suite 2800
Houston, Texas 77002-3095
(713) 226-1200 – *telephone*
(713) 223-3717 – *facsimile*

KURT LANCE KROLIKOWSKI
State Bar No. 24074548
Southern District Number: 1146373
HARRY HOLMES THOMPSON
State Bar No. 24088527
Southern District Number: 2211153
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002-3095
(713) 226-1200 – *telephone*
(713) 223-3717 – *facsimile*

THOMAS G. YOXALL
State Bar No. 00785304
Southern District Number: 16664
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000 – *telephone*
(214) 740-8800 – *facsimile*

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the following consistent with the Federal Rules of Civil Procedure on March 2, 2016:

Wendy Kew
Yvonne Kew
2703 S. Glen Haven Blvd
Houston, Texas 77025
wendy800cmc@yahoo.com
**Plaintiffs** *Pro se*

/s/ Harry Holmes Thompson
Harry Holmes Thompson